## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTIAGO CRUZ, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>D.W.S. ASSOCIATES, INC. d/b/a DWS Printing & Packaging and ANDREW STAIB,<br><br>Defendants. | Docket No. 22-cv-06732-JMA-JMW<br><br>**CORRECTED OFFER OF JUDGMENT** |

### DEFENDANTS D.W.S. ASSOCIATES, INC. AND ANDREW STAIB'S
### CORRECTED OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DWS Associates, Inc and Andrew Staib ("Defendants"), by and through their attorneys, Winget, Spadafora & Schwartzberg, LLP, hereby make an offer of judgment to be entered against Defendants and in favor of Plaintiff Santiago Cruz ("Plaintiff"), in the amount of Thirty-Five Thousand Dollars ($35,000.00). The amount of $35,000.00 is in resolution of all claims asserted by Plaintiff in the above-captioned matter and is inclusive of all claims for relief in the above-captioned matter and all damages otherwise recoverable in this action by Plaintiff, including interest, costs, and attorneys' fees. This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action or that the Plaintiff has sustained any damage. If accepted, this offer shall be more fully memorialized in a confidential settlement agreement to be agreed to by the Parties, including a general release of all claims by Plaintiff.

If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: September 12, 2023

        Respectfully submitted,

        */s/ Brian J. Palmeri*
        Brian J Palmeri, Esq.
        WINGET, SPADAFORA & SCHWARTZBERG, LLP
        201 Broad St, 10th Floor
        Stamford, CT  06901
        (203) 328-1200
        Palmeri.B@wsllp.com
        Attorneys for Defendants DWS Associates, Inc and Andrew Staib

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2023, a true and accurate copy of this Corrected Offer of Judgment was served on all counsel and parties of record, via the CM/ECF System.

*Brian J. Palmeri*
Brian J. Palmeri