**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SANTIAGO CRUZ, on behalf of himself and all
other persons similarly situated,

                Plaintiff,

   - against -                                         **JUDGMENT**
                                                                 CV 22-6732 (JMA) (JMW)

D.W.S. ASSOCIATES, INC., d/b/a DWS Printing &
Packaging and ANDREW STAIB,

                Defendants.
-------------------------------------------------------------------X

     A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on September 12, 2023; accepting Defendants' September 7, 2023 offer to allow judgment against them in the amount of $35,000.00 in resolution of all claims asserted by Plaintiff in the above-captioned matter and is inclusive of all claims for relief in the above-captioned matter and all damages otherwise recoverable in this action by Plaintiff, including interest, costs, and attorneys' fees, it is

     **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Santiago Cruz against Defendants D.W.S. Associates, Inc, and Andrew Staib in the amount of $35,000.00, inclusive of all Plaintiff's damages, reasonable attorneys' fees and costs incurred in prosecuting Plaintiff's Complaint; and that this case is closed.

Dated: September 13, 2023
       Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF COURT
                                                      By:    /s/ James J. Toritto
                                                                      Deputy Clerk